ALLIANCE TRUST CO. v. MASTIN et al.

(Circuit Court of Appeals, Eighth Circuit. December 2, 1895.)

No. 679.

Appeal from the Circuit Court of the United States for the Western District of Missouri.

John D. S. Cook and A. N. Gossett, for appellant.

Hugh C. Ward and L. C. Krauthoff, for appellees.

Dismissed, with costs, on motion of counsel for appellant.

---

C. A. GHIO & BROS. WHOLESALE LIQUOR CO. v. HOSTETTER CO. (two cases).

(Circuit Court of Appeals, Eighth Circuit. January 16, 1896.)

Nos. 699, 700.

Appeals from the Circuit Court of the United States for the Eastern District of Missouri.

Robert E. Collins, for appellants.

George Denison and A. H. Clarke, for appellee.

Dismissed, with costs, on motion of counsel for appellants.

---

CLEAVELAND v. CAMPBELL PRINTING–PRESS & MANUFACTURING CO.

(Circuit Court of Appeals, Eighth Circuit. January 21, 1896.)

No. 705.

In Error to the Circuit Court of the United States for the District of Colorado.

James B. Belford and Thomas Ward, Jr., for plaintiff in error.

F. A. Williams and G. W. Whitford, for defendant in error.

Dismissed, with costs, per stipulation of counsel.

---

FARMERS' LOAN & TRUST CO. et al. v. HOLLY MANUF'G CO.

(Circuit Court of Appeals, Eighth Circuit. October 21, 1895.)

No. 722.

Appeal from the Circuit Court of the United States for the District of Nebraska.

Charles Offutt. for appellee.

No opinion. Docketed and dismissed, pursuant to the sixteenth rule (11 C. C. A. cvi., 47 Fed. viii.), on motion of counsel for appellee.